PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
0644 3:22CR00074

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00271-APG-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Damon Gastelum | Western District of Kentucky | |

✓ FILED   ___ RECEIVED
___ ENTERED  ___ SERVED ON
SEP 03 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**NAME OF SENTENCING JUDGE**
United States District Judge Rebecca Grady Jennings

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM 7/30/2025   TO 7/02/2030

**OFFENSE**
Conspiracy to Possess with Intent to Distribute Controlled Substances

**JUSTIFICATION/REASON FOR TRANSFER:** Main residence and support in other district

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF NEVADA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

August 22, 2025
*Date*

*Rebecca Grady Jennings, District Judge*
*United States District Court*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 5, 2025
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Damon Gastelum

Case No.: 3:22CR00074

TO BE ASSIGNED

September 3, 2025

TO:    The Honorable District Court Judge

On December 13, 2023, Gastelum was sentenced by the Honorable Rebecca Grady Jennings to 33 months custody followed by five (5) years of supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute Controlled Substances. On July 10, 2025, supervision commenced in the District of Nevada.

The purpose of this letter is to inform the District of Nevada that the Western District of Kentucky has initiated a transfer of jurisdiction as evidenced by the signed probation form 22. Gastelum has no intentions of returning to the Western District of Kentucky for the remainder of his time on supervision, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for Your Honor's consideration.

Should you have any questions, please contact the undersigned at Deleyna_Jensen@nvp.uscourts.gov or (702) 236-2134.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2025.09.03 15:23:22 -07'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.09.03 15:18:40 -07'00'

Steve M Goldner
Supervisory United States Probation Officer